1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   ARTHUR BRUCE,                              Case No.  22-cv-01995-DMR
8            Plaintiff,
9       v.                                     **SUA SPONTE JUDICIAL REFERRAL
                                               FOR PURPOSES OF DETERMINING
10  STACIE GREGORY, et al.,                    RELATIONSHIP OF CASES**
11           Defendants.
12
13          On March 29, 2022, Plaintiff filed this action, along with a motion to proceed *in forma*
14  *pauperis* and motion for temporary restraining order.  Pursuant to Civil Local Rule 3-12(c), the
15  court *sua sponte* refers this case to the Honorable Edward M. Chen to determine whether it is
16  related to *Sausalito/Marin County Chapter of the California Homeless Union v. City of Sausalito*,
17  21-cv-01143-EMC.
18
19          **IT IS SO ORDERED.**
20  Dated: March 30, 2022
21
22                                             _____
                                               Donna M. Ryu
23                                             United States Magistrate Judge
24
25
26
27
28